# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

*FILED ELECTRONICALLY*

SCOTT JONES,

          Plaintiff,                    **Case No. 5:17-CV-236-DCR**

v.

FIRST RESOLUTION
INVESTMENT CORP., UNIFUND        **JOINT NOTICE OF SETTLEMENT**
CCR, LLC, UNIFUND CCR
PARTNERS, and FENTON &
MCGARVEY LAW FIRM, P.S.C.,

          Defendants.

      Please take notice that Plaintiff, Scott Jones ("Plaintiff"), has resolved the above styled lawsuit and dispute with Defendants First Resolution Investment Corp. ("FRIC"), Unifund CCR, LLC ("Unifund, LLC"), Unifund CCR Partners ("Unifund Partners," and collectively with FRIC and Unifund LLC, the "Unifund Defendants"), and Fenton & McGarvey Law Firm, PSC ("Fenton" and collectively with the Unifund Defendants, the "Defendants").

      For the reasons set forth below, <u>Plaintiff and Defendants anticipate filing a Joint Stipulation of Dismissal with Prejudice within approximately 180 days</u>.

      1.     Based upon the allegations made in Plaintiff's Complaint, Plaintiff is a member of one or more of the putative classes defined in the case styled *Joseph L. Islas v. First Resolution Investment Corp., Unifund CCR, LLC, and Unifund*

*CCR Partners*, Case No. 1:16-cv-141-GNS, currently pending in the Western District of Kentucky (the "*Islas* Class Action").

2. Plaintiff's counsel and the Unifund Defendants' counsel in this case are also counsel for the putative plaintiffs and the defendants in the *Islas* Class Action.

3. Plaintiff's counsel and the Unifund Defendants' counsel in this case have reached an agreement in principle to settle the putative classes defined in the *Islas* Class Action, which settlement includes all of the Plaintiff's claims in this case.

4. As part of the proposed *Islas* Class Action settlement agreement, Plaintiff and the Unifund Defendants have agreed that, subject to that Court's approval, Plaintiff shall be joined as one of the class representatives of the proposed *Islas* Class Action settlement agreement to be filed in the *Islas* Class Action and which shall be subject to the *Islas* Class Action Court's approval.

5. Accordingly, Plaintiff and Defendants respectfully request that the Court allow Plaintiff and Defendants one hundred and eighty days to file a Joint Stipulation of Dismissal with Prejudice in the instant case to allow an adequate amount of time for the Plaintiff's counsel and the Unifund Defendants' counsel in the *Islas* Class Action to finalize the necessary documentation for Court approval of an *Islas* Class Action settlement, and to ensure Plaintiff is named as a class

representative in the forthcoming *Islas* Class Action settlement agreement to be approved by the *Islas* Court.

6. The parties anticipate filing a dismissal with prejudice in the instant lawsuit simultaneously with the entry of order approving the *Islas* Class Action settlement agreement and final judgment in the putative class in *Islas*, which the parties are hopeful can be accomplished in the next 180 days.

WHEREFORE, Plaintiff and Defendants respectfully notify the Court that Plaintiff and Defendants have resolved all claims made in this action, and request one hundred and eighty days to file a Joint Stipulation of Dismissal with Prejudice.

This the 8th day of August, 2017.

Respectfully submitted,

/s/ James R. McKenzie (w/ permission)
James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Phone: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Respectfully submitted,

/s/ Joseph N. Tucker
Joseph N. Tucker
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
kirby.stephens@dinsmore.com
*Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed this 8th day of August, 2017, using the Court's ECF system to the following.

James McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

I hereby certify that the foregoing has been served this 8th day of August, 2017 via U.S. Mail, postage prepaid, to the following:

Thomas C. Fenton
Fenton & McGarvey Law Firm, P.S.C.
401 S. Fourth St., Suite 1200
Louisville, KY 40202

/s/ Joseph N. Tucker
*Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

11579313v1