**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
*FILED ELECTRONICALLY*

SCOTT JONES,

Plaintiff,

v.

FIRST RESOLUTION INVESTMENT CORP., UNIFUND CCR, LLC, UNIFUND CCR PARTNERS, and FENTON & MCGARVEY LAW FIRM, P.S.C.,

**Case No. 5:17-CV-236-DCR**

Defendants.

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Parties hereto being in agreement, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that all of Plaintiff's claims against Defendants which were or could have been made in the above-captioned matter are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and fees, unless otherwise specified in the Class Action Settlement Agreement approved in *Joseph L. Islas v. First Resolution Investment Corp., et al.*, Case No. 1:16-cv-141-GNS, United States District Court for the Western District of Kentucky.

This the 14th day of June, 2018.

**AGREED TO BY:**

/s/ James R. McKenzie (w/ permission)
James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

and

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
Phone: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*

/s/ R. Brooks Herrick
Joseph N. Tucker
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

/s/ Thomas C. Fenton (w/ permission)
Thomas C. Fenton
Morgan & Pottinger, PSC
401 South Fourth Street, Suite 1200
Louisville, KY 40202
tcf@morganandpottinger.com
*Counsel for F&M Law Firm, PSC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served this 14th day of June, 2018, using the Court's ECF system to the following.

James McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Thomas C. Fenton
Morgan & Pottinger, PSC
401 South Fourth Street, Suite 1200
Louisville, KY 40202
tcf@morganandpottinger.com
*Counsel for F&M Law Firm, PSC*

/s/ R. Brooks Herrick
*Counsel for Defendants First Resolution Investment Corp., Unifund CCR, LLC, Unifund CCR Partners*

12992704v1