UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SCOTT JONES, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 5: 17-236-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST RESOLUTION INVESTMENT CORP., et al., | ) | **ORDER** |
| | ) | |
|     Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed an Agreed Order of Dismissal with Prejudice [Record No. 37], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' agreed order of dismissal with prejudice [Record No. 37], construed as joint motion to dismiss, is **GRANTED**.

2. The claims asserted by Plaintiff Scott Jones against the defendants are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. The parties shall bear their respective costs and fees, unless otherwise specified in the Class Action Settlement Agreement approved in *Islas v. First Resolution Investment Corp.*, No. 1: 16-cv-141-GNS.

This 14th day of June, 2018.



Signed By:
Danny C. Reeves  DCR
United States District Judge